846 F.2d 73
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Wilbert Eugene PROFFITT, Petitioner-Appellant,
v.
UNITED STATES PAROLE COMMISSION, Respondent-Appellee.
 No. 87-7354.
 United States Court of Appeals, Fourth Circuit.
 Submitted Nov. 30, 1987.
Decided April 12, 1988.
 
 Wilbert Eugene Proffitt, appellant pro se.
 Before WIDENER, MURNAGHAN, and WILKINSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 A review of the record and the district court's opinion discloses that this appeal from its order refusing habeas corpus relief pursuant to 28 U.S.C. Sec. 2241 is without merit. Because the dispositive issues recently have been decided authoritatively, we dispense with oral argument and affirm the judgment below on the reasoning of the district court. Proffitt v. United States Parole Comm'n. C/A No. 87-0758-AM (E.D.Va. Oct. 2, 1987).
 
 
 2
 AFFIRMED.